UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:06-CR-6 |
| v. | ) | |
| | ) | |
| ALBERT BENNETT | ) | COLLIER/CARTER |

## REPORT AND RECOMMENDATION

A December 22, 2006, letter from Stephen M. Dewalt, Warden of the Federal Bureau of Prisons in Lexington, Kentucky, and a Forensic Report of defendant Albert Bennett, were received by the undersigned Magistrate Judge. The findings in the evaluation were that the defendant was not suffering from a mental disease or defect rendering him unable to appreciate the nature and quality or the wrongfulness of his acts at the time of the alleged offense.

A Waiver of Competency Hearing (Doc. 254) which was signed by defendant Albert Bennett on January 22, 2007, and submitted by Atty. Neal Thompson waiving defendant's right to a mental competency hearing was filed on January 23, 2007.

It is hereby RECOMMENDED on the basis of the waiver and the forensic report that defendant Albert Bennett be found competent to stand trial.

s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE