UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 4:06-CR-6 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| ALBERT BENNETT ) | |

**O R D E R**

On April 13, 2007, United States Magistrate William B. Mitchell Carter ("Judge Carter") filed a Report and Recommendation ("R&R") (Court File No. 314) recommending (1) the Court accept defendant Albert Bennett's ("Defendant") plea of guilty to Count One of the Superseding Indictment; (2) the Court adjudicate Defendant guilty of the charge in Count One; (3) the Court defer a decision on whether to accept Defendant's plea agreement until sentencing; and (4) Defendant remain in custody until sentencing. Neither party has filed an objection to the R&R within the given ten days.

After reviewing the record, the Court agrees with Judge Carter's R&R. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 314) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Superseding Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charge set forth in Count One of the Superseding Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter; and

(5) Defendant's sentencing is scheduled for **August 9, 2007, at 9:00 a.m.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**